1  DENNIS S. WAKS, Bar #142581
   Acting Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6

7  Attorney for Defendant
   GEORGE MOSCHKE
8

9

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14  UNITED STATES OF AMERICA,    )  No. 2:05-cr-264 LKK
                                 )
15             Plaintiff,        )
                                 )   ORDER
16       v.                      )
                                 )  Date:  January 24, 2006
17  GEORGE MOSCHKE,              )  Time:  9:30 a.m.
                                 )  Judge: Hon. Lawrence K. Karlton
18             Defendant.        )
                                 )
19  _____    )

20

21

22       Upon consideration of the motion for termination of
23  supervised release in the above case filed on behalf of Mr.
24  Moschke on January on January 4, 2006, CR 2, being advised that
25  neither the government, CR 4, nor the probation office opposes
26  the granting of this motion, and being satisfied that the request
27  is appropriate, the motion is granted.
28  ////

1      Therefore, the term of supervised release heretofore ordered
2 in the above case is hereby terminated.
3           **IT IS SO ORDERED.**
4
5                                    By the Court,
6
7
8 Dated: January 24, 2006       /s/ Lawrence K. Karlton
                                Hon. Lawrence K. Karlton
9                               Senior United States District Judge